**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| JAIME CANO ALBINO,<br>Petitioner,<br>v.<br>CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-03520-SHL-tmp |

**ORDER GRANTING RESPONDENT'S MOTION TO MODIFY AND MODIFYING ORDER GRANTING PETITION AS TO PETITIONER'S IMMEDIATE RELEASE**

Before the Court is Respondent's Emergency Motion for Modification of Court Order, filed November 20, 2026. (ECF No. 13.) Petitioner does not oppose the Motion. (Id.; ECF No. 14.) Respondent seeks to extend the deadline to file Respondent's Status Report, or modify the Order Granting Petition entered on November 18, 2026. (ECF No. 12.) There, Respondent was ordered, among other things, to immediately transfer Petitioner back to the Western District of Tennessee, then immediately release him. (Id. at PageID 56.)

According to Respondent, Petitioner cannot be transferred back to this District until November 26 because that date is "the earliest flight back to return Petitioner to [this District]." (ECF No. 13 at PageID 58.) Instead of waiting another six days to be transferred back to Memphis to be released, Petitioners supports the Court's modification of it Order Granting Petition to allow for immediate release in Louisiana, where he is currently being held. (Id. at PageID 59.) Petitioner responded to the Motion, seeking a specified deadline for Respondent to release Petitioner. (ECF No. 14 at PageID 63-64.)

Notably, if Respondent had followed this Court's Order Staying Transfer on November 19, Petitioner would not have to be transferred back to this District upon the granting of his Habeas relief.[1]

Nonetheless, the Motion to Modify is **GRANTED**. Thus, Respondent is ordered as follows: Respondent is **ORDERED** to immediately release Petitioner in Louisiana where he is being held. Respondent **SHALL** release Petitioner **WITHIN TWENTY-FOUR HOURS** of the entry of this Order. Upon Petitioner's release, Respondent **SHALL** immediately return to Petitioner any property seized by the Government, including, but not limited to any documentation in the possession of Petitioner at the time of his arrest and detainment. Respondent is further **ORDERED** to file a Status Report with this Court within two business days, to certify compliance with this Order.

**IT IS SO ORDERED,** this 20th day of November, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

[1] Respondent explained that Petitioner was initially transferred out of this District, despite the November 9 Order because of a miscommunication regarding Petitioner's Alien Number. Respondent is again cautioned to be more careful going forward. (ECF No. 10 at PageID 36.)