**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| JAIME CANO ALBINO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, New Orleans Field Office Director of Immigration and Customs Enforcement, Enforcement and Removal Operations,<br><br>Respondent. | No. 2:26-cv-03520-SHL-tmp |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner Jaime Cano Albino's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (ECF No. 1), filed November 8, 2026,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Petition, (ECF No. 12), entered November 18, 2026, and the Order Modifying Order Granting Petition as to Petitioner's Immediate Release, (ECF No. 15), entered November 20, 2026, Mr. Cano Albino's requested habeas relief is **GRANTED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

November 25, 2026
Date